1

2

3                                                                              "O"

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No. CR 04-00133 GHK
                                        )
12            Plaintiff,                )   ORDER OF DETENTION
                                        )
13        v.                            )   [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C.
                                        )   §3143(a)]
14   RAQUEL JUDE CALLOWAY,              )
                                        )
15            Defendant.                )

16

17        The defendant having been arrested in this judicial district pursuant to a warrant

18   issued by the Honorable George H. King, United States District Judge, for an alleged

19   violation of the terms and conditions of the defendant's supervised release; and

20        The Court having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),        The Court finds that:

22   A.    (X)    The defendant has not met her burden of establishing by clear and convincing

23               evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or

24               (c). This finding is based on the nature of the charged offense, the defendant's

25               lack of bail resources, lack of a stable residence, and the nature of the charge

26               offense, which indicates the defendant is unlikely to comply with conditions

27               of release; and

28

1    B.    (X)    The defendant has not met her burden of establishing by clear and convincing

2               evidence that she is not likely to pose a danger to the safety of any other

3               person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

4               finding is based on the nature of the charged offense and defendant's criminal

5               history.

6

7         IT THEREFORE IS ORDERED that the defendant be detained pending the further

8    revocation proceedings.

9

10

11   Dated: April 15, 2008

                                         / s /    ARTHUR NAKAZATO
12                                      _____
                                            ARTHUR NAKAZATO
13                                    UNITES STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2